IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOEY L. KILGORE, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 5:17-CV-144(MTT) |
| MICHAEL KENDRICK, | ) |
| Defendants. | ) |

## ORDER

After screening the Plaintiff's complaint, United States Magistrate Judge Thomas Q. Langstaff recommends dismissing the complaint for failure to state a claim. Doc. 11. The Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 11) is **ADOPTED** and made the order of the Court. Accordingly, the Plaintiff's complaint is **DISMISSED without prejudice**.

**SO ORDERED**, this 8th day of January, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT